IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02268-WYD-MJW

ROLANDA Y. HOLT,

    Plaintiff,

v.

JAVIER DANIEL POLSFUT and
JAMES THEODORE POLSFUT,

    Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    On September 30, 2013, Plaintiff filed a Notice of Settlement indicating that the parties have reached a settlement of all issues in this case.  Accordingly, the Motion to Enforce Settlement Agreement and to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) (ECF No. 10) is **DENIED AS MOOT.**  Finally, **the parties are ordered to file dismissal documents with the Court not later than October 30, 2013.**

    Dated:  September 30, 2013

(X)     Alternative Dispute Resolution Authority:  Court sponsored alternative dispute resolution is governed by D.C.COLOLCivR 16.6.  On the recommendation or informal request of the magistrate judge, or on the request of the parties by motion, the court may direct the parties to engage in an early neutral evaluation, a settlement conference, or another alternative dispute resolution proceeding.

(X)     Conduct a pretrial conference and enter a pretrial order.

IT IS ORDERED that this civil action is referred to the named magistrate judge to proceed according to the designations marked (X) above.  It is further
ORDERED that parties and counsel shall be familiar and comply with the above judge's requirements found at www.cod.uscourts.gov.
Dated:  September 30, 2013.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE