IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02268-WYD-MJW

ROLANDA Y. HOLT,

    Plaintiff,

v.

JAVIER DANIEL POLSFUT and
JAMES THEODORE POLSFUT,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Stipulation for Dismissal With Prejudice (ECF No. 13), filed September 30, 2013.  After carefully reviewing the above-captioned case, I find that this matter should be dismissed pursuant to Fed. R. Civ. P. 41(a).  Accordingly, it is ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each party to pay its own costs and attorney fees.  The Clerk of the Court shall close this case.

    Dated:  October 1, 2013

                                                    BY THE COURT:

                                                    s/ Wiley Y. Daniel
                                                    Wiley Y. Daniel
                                                    Senior United States District Judge

(X)  Alternative Dispute Resolution Authority:  Court sponsored alternative dispute resolution is governed by D.C.COLOLCivR 16.6.  On the recommendation or informal request of the magistrate judge, or on the request of the parties by motion, the court may direct the parties to engage in an early neutral evaluation, a settlement conference, or another alternative dispute resolution proceeding.

(X)  Conduct a pretrial conference and enter a pretrial order.

IT IS ORDERED that this civil action is referred to the named magistrate judge to proceed according to the designations marked (X) above.  It is further

ORDERED that parties and counsel shall be familiar and comply with the above judge's requirements found at www.cod.uscourts.gov.

Dated:  October 1, 2013.

BY THE COURT:

s/ Wiley Y. Daniel

WILEY Y. DANIEL,

SENIOR UNITED STATES DISTRICT JUDGE